# IN THE ADMIRALTY 11-24503MER

B 5 (Official Form  5) (12/07)

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br><br>District of Colorado | **INVOLUNTARY PETITION** |

| IN RE (Name of Debtor – If Individual:  Last, First, Middle)<br><br>**BANK OF AMERICA NA** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>**PO BOX 78420**<br>**SIMI VALLEY CA 93062** | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**50 FEDERAL STATES**<br><br>ZIP CODE  **80112** | ZIP CODE |

| |
|---|
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR  (If different from previously listed addresses) |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7    ☑ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| **Nature of Debts**<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | **Type of Debtor**<br>(Form of Organization)<br><br>☑ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br><br>_____ | **Nature of Business**<br>(Check one box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☑ Clearing Bank<br>☐ Other |
|---|---|---|

| **VENUE**<br><br>☑ Debtor has been domiciled or has had a residence, principal<br>place of business, or principal assets in the District for 180<br>days immediately preceding the date of this petition or for<br>a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general<br>partner or partnership is pending in this District. | **FILING FEE (Check one box)**<br><br>☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form<br>specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the<br>petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of<br>1994, no fee is required.]* |
|---|---|

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER**
**OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)**

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS**
**(Check applicable boxes)**

COURT USE ONLY

1.  ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2.  ☐ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B 5 (Official Form 5) (12/07) – Page 2

**Name of Debtor** BANK OF AMERICA, N.A.

**Case No.**_____

| TRANSFER OF CLAIM |
|---|
| [ ] Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

**All Rights Reserved**

x_____*David Landon Murphy*_____
Signature of Petitioner or Representative (State title)
**Principle Secured Party Creditor**          *6/16/2011*

Name of Petitioner                    Date Signed

Name & Mailing          **David landon Murphy**
Address of Individual      **223 north guadalupe**
Signing in Representative  **Santa Fe, New Mexico**
Capacity                **Independent Rights Political Party**
                        **Chairman**

x_____
Signature of Attorney                    Date

Name of Attorney Firm (If any)

Address

Telephone No.

---

x_____
Signature of Petitioner or Representative (State title)

Name of Petitioner                    Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

x_____
Signature of Attorney                    Date

Name of Attorney Firm (If any)

Address

Telephone No.

---

x_____
Signature of Petitioner or Representative (State title)

Name of Petitioner                    Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

x_____
Signature of Attorney                    Date

Name of Attorney Firm (If any)

Address

Telephone No.

---

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| David Landon Murphy, 223 north Guadalupe, Santa Fe New Mexico | Exemption | 30,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

| Note: | If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims |
|---|---|---|

_29_ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor ___Bank of America N.A.___

Case No._____

| TRANSFER OF CLAIM |
|---|

☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

| REQUEST FOR RELIEF |
|---|

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x **All Rights Reserved** _Tawny Elan Sharp_
Signature of Petitioner or Representative (State title)
**Secured Party Creditor**

x_____
Signature of Attorney                    Date

Name of Petitioner          Date Signed

Name of Attorney Firm (If any)

Name & Mailing
Address of Individual      **Tawny Elan Sharp**
Signing in Representative  **365 Orchid Tree Lane**
Capacity                   **Palm Springs, CA 92262**

Address

Telephone No.

---

x_____
Signature of Petitioner or Representative (State title)

x_____
Signature of Attorney                    Date

Name of Petitioner          Date Signed

Name of Attorney Firm (If any)

Name & Mailing
Address of Individual
Signing in Representative
Capacity

Address

Telephone No.

---

x_____
Signature of Petitioner or Representative (State title)

x_____
Signature of Attorney                    Date

Name of Petitioner          Date Signed

Name of Attorney Firm (If any)

Name & Mailing
Address of Individual
Signing in Representative
Capacity

Address

Telephone No.

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Tawny Sharp.365 Orchid Tree Ln,Palm Springs,CA 92262 | exemption | 1,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |

| Note: | If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims |
|---|---|---|

_____continuation sheets attached

B 5 (Official Form  5) (12/07) – Page 2

Name of Debtor   Bank of America,N.A.

Case No._____

---

### TRANSFER OF CLAIM

☐  Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x  **All Rights Reserved** _____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                               Date |
| **Secured Party Creditor** | |
| Name of Petitioner                  Date Signed | Name of Attorney Firm (If any) |
| | |
| Name & Mailing            Robert J DeSalvo | Address |
| Address of Individual     126 E Wing St #255 | |
| Signing in Representative  Arlington Heights, IL | Telephone No. |
| Capacity | |
| *INDependent Right Political Party* | |
| x  **All Rights Reserved** | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                               Date |
| **Secured Party Creditor** | |
| Name of Petitioner                  Date Signed | Name of Attorney Firm (If any) |
| | |
| Name & Mailing            Lynne M. DeSalvo | Address |
| Address of Individual     126 E Wing St, #255 | |
| Signing in Representative  Arlington Heights, IL | Telephone No. |
| Capacity | |
| *INDependent RighTS Political Party* | |
| x *Lynne M DeSalvo* | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                               Date |
| | |
| Name of Petitioner                  Date Signed | Name of Attorney Firm (If any) |
| | |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | Telephone No. |
| Capacity | |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Robert&Lynne DeSalvo 126E Wing St#255, 60004 | Exemption | 2,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |

| Note: | If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims |
|---|---|---|

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2                                    **Name of Debtor** Bank of America N.A. Bai

Case No._____

| TRANSFER OF CLAIM |
|---|

☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

| REQUEST FOR RELIEF |
|---|

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x All Rights Reserved *Cyril Blatt LP* | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                          Date |
| Secured Party Creditor                 *6/1/2011* | |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing              Reynaldo D. Castillo | |
| Address of Individual       10584 E. Firewheel Dr. | Address |
| Signing in Representative    Scottsdale, AZ 85255 | |
| Capacity               Independent Rights Party | Telephone No. |
|                        Limited Partner *(IRPP)* | |

| | |
|---|---|
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                          Date |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | |
| Address of Individual | Address |
| Signing in Representative _____ | |
| Capacity            _____ | Telephone No. |

| | |
|---|---|
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                          Date |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | |
| Address of Individual _____ | Address |
| Signing in Representative | |
| Capacity            _____ | Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Reynaldo D. Castillo, 10584 E. Firewheel Dr, Scottsdale, AZ 85255 | EXEMPTION | 1,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | |

_____continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor Bank of America N.A. Bal

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _Alfred Lee Lamb_  All Rights Reserved
Signature of Petitioner or Representative (State title)
  Secured Party Creditor

Name of Petitioner        Date Signed
                Alfred Lee Lamb
Name & Mailing       53 East 200 South
Address of Individual    Nephi Utah 84648
Signing in Representative  Independent Rights Party
Capacity           Limited Partner

x _____
Signature of Attorney              Date

Name of Attorney Firm (If any)

Address

Telephone No.

x _All Rights Reserved_
Signature of Petitioner or Representative (State title)
  Secured Party Creditor

Name of Petitioner        Date Signed
                Gary C. Lamb
Name & Mailing       53 East 200 South
Address of Individual    Nephi Utah 84648
Signing in Representative  Independent Rights Party
Capacity           Limited Partner

x _____
Signature of Attorney              Date

Name of Attorney Firm (If any)

Address

Telephone No.

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner        Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

x _____
Signature of Attorney              Date

Name of Attorney Firm (If any)

Address

Telephone No.

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>Alfred Lee Lamb, Gary C Lamb, 53 East 200 South, Nephi Utah 84648 | Nature of Claim<br>EXEMPTION | Amount of Claim<br>1,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

B 5 (Official Form  5) (12/07) – Page 2

**Name of Debtor** Bank of America, N.A.

Case No._____

| TRANSFER OF CLAIM | |
|---|---|
| ☐  Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). | |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| All Rights Reserved<br>x _~signature~_<br>Signature of Petitioner or Representative (State title)<br>**Secured Party Creditor**<br>_6/14/2011 / Date Signed_ | x_____<br>Signature of Attorney           Date |
| Name of Petitioner | Name of Attorney Firm (If any) |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | **David D. Cue**<br>**4130 Flatrock Drive, # 160**<br>**Riverside, CA 92505**<br>**Independent Rights Political Party**<br>**Limited Partner** |
| | Address<br><br>Telephone No. |
| All Rights Reserved<br>x _Lorrie L Cue (signature)_<br>Signature of Petitioner or Representative (State title)<br>**Secured Party Creditor**<br>_6/14/2011 / Date Signed_ | x_____<br>Signature of Attorney           Date |
| Name of Petitioner | Name of Attorney Firm (If any) |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | **Lorrie L. Cue**<br>**4130 Flatrock Drive, # 160**<br>**Riverside, CA 92505**<br>**Independent Rights Political Party**<br>**Limited Partner** |
| | Address<br><br>Telephone No. |
| x_____<br>Signature of Petitioner or Representative (State title)<br><br>Date Signed | x_____<br>Signature of Attorney           Date |
| Name of Petitioner | Name of Attorney Firm (If any) |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Address<br><br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| David D Cue,Lorrie L.Cue,4130 Flatrock Dr,Riverside CA 92505 | Exemption | 1,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Note:     If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____continuation sheets attached

B 5 (Official Form  5) (12/07) – Page 2

Name of Debtor __Bank of America N.A__

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐  Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x  All Rights Reserved _Clinton George McFarlane_     x_____
Signature of Petitioner or Representative (State title)     Signature of Attorney                    Date
   Secured Party Creditor        _6/3/2011_
Name of Petitioner              Date Signed           Name of Attorney Firm (If any)

Name & Mailing          Clinton G.McFarlane       Address
Address of Individual    11356 Rio Camino Ct
Signing in Representative  Fontana,CA 92337        Telephone No.
Capacity
_INDependant Rights psiltical Party_

x_____     x_____
Signature of Petitioner or Representative (State title)     Signature of Attorney                    Date

Name of Petitioner              Date Signed           Name of Attorney Firm (If any)

Name & Mailing                                Address
Address of Individual      _____
Signing in Representative                        Telephone No.
Capacity                    _____

x_____     x_____
Signature of Petitioner or Representative (State title)     Signature of Attorney                    Date

Name of Petitioner              Date Signed           Name of Attorney Firm (If any)

Name & Mailing                                Address
Address of Individual      _____
Signing in Representative                        Telephone No.
Capacity                    _____

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Clinton McFarlane11356 Rio Camino Ct Fontana,CA 92337 | Exemption | 1,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Note:  If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____continuation sheets attached

FF

B 5 (Official Form  5) (12/07) – Page 2

**Name of Debtor** Bank of America N.A. Bar

Case No._____

| TRANSFER OF CLAIM |
|---|

☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

| REQUEST FOR RELIEF |
|---|

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x  All Rights Reserved
Signature of Petitioner or Representative (State title)
  Secured Party Creditor                    5/31/2011

| Name of Petitioner | Date Signed |
|---|---|
| | Myles Cue |

Name & Mailing
Address of Individual         14404 Dove Canyon Drive
Signing in Representative     Riverside CA 92503
Capacity                     Independent Rights Party
                             Limited Partner (IRPP)

x_____
Signature of Attorney              Date

Name of Attorney Firm (If any)

Address

Telephone No.

---

x  All Rights Reserved
Signature of Petitioner or Representative (State title)
  Secured Party Creditor                    5/31/2011

Name of Petitioner         Date Signed
                           Kimberly M. Cue

Name & Mailing
Address of Individual        14404 Dove Canyon Drive
Signing in Representative    Riverside CA 92503
Capacity                     Independent Rights Party
                             Limited Partner

x_____
Signature of Attorney              Date

Name of Attorney Firm (If any)

Address

Telephone No.

---

x_____
Signature of Petitioner or Representative (State title)

Name of Petitioner         Date Signed

Name & Mailing
Address of Individual        _____
Signing in Representative
Capacity                     _____

x_____
Signature of Attorney              Date

Name of Attorney Firm (If any)

Address

Telephone No.

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>Myles Cue, Kimberly M. Cue 14404 Dove Canyon Drive<br>Riverside CA 92503 | Nature of Claim<br>EXEMPTION | Amount of Claim<br>1,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note:   If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____continuation sheets attached

B 5 (Official Form  5) (12/07) – Page 2

**Name of Debtor**  Bank of America N.A

**Case No.**_____

| **TRANSFER OF CLAIM** |
|---|
| ☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x  All Rights Reserved *[signature]* | x_____  Date____ |
|---|---|
| Signature of Petitioner or Representative (State title) Secured Party Creditor | Signature of Attorney |
| Name of Petitioner                        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity  **Linda D. Williams**  **13746 Kiwi Ave**  **Corona, CA 92880**  *In Dependent Rgrts Political Party* | Address |
|  | Telephone No. |

| x_____ | x_____  Date____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| Name of Petitioner                        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
|  | Telephone No. |

| x_____ | x_____  Date____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| Name of Petitioner                        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
|  | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Linda D. Williams 13746 Kiwi Ave,Corona CA 92880 | exemption | 1,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  |  |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  |  |
| Note:  If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor_____Bank of America, N.A._____

Case No._____

| TRANSFER OF CLAIM |
|---|
| ✓ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x  All Rights Reserved *[signature]*

_____

Signature of Petitioner or Representative (State title)
Trustee, Secured Party Creditor           June 7, 2011

Name of Petitioner                    Date Signed

Name & Mailing          **Kenneth Scott Cousens, Trustee**
Address of Individual   **27475 Ynez Rd. #438**
Signing in Representative  **Temecula, Calif. 92591**
Capacity

*INDEPENDANT RIGHTS POLITICAL PARTY*

x_____
Signature of Attorney                     Date

Name of Attorney Firm (If any)

Address

Telephone No.

---

x_____
Signature of Petitioner or Representative (State title)

Name of Petitioner                    Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

x_____
Signature of Attorney                     Date

Name of Attorney Firm (If any)

Address

Telephone No.

---

x_____
Signature of Petitioner or Representative (State title)

Name of Petitioner                    Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

x_____
Signature of Attorney                     Date

Name of Attorney Firm (If any)

Address

.

Telephone No.

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner: Kenneth Scott Cousens, Trustee 27475 Ynez Rd. #438 Temecula, Calif.  92591 | Nature of Claim *Exemption* | Amount of Claim *1,000,000* |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

B 5 (Official Form  5) (12/07) – Page 2

**Name of Debtor** Bank of America N.A.

**Case No.**_____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x  All Rights Reserved _~signature~_                          x_____
Signature of Petitioner or Representative (State title)        Signature of Attorney                Date
Secured Party Creditor              _6/10/2011_
Name of Petitioner                Date Signed               Name of Attorney Firm (If any)

Name & Mailing        Derek R.Goulette                  Address
Address of Individual   3320 Vanguard Way
Signing in Representative  B101,CostaMesa,92626           Telephone No.
Capacity

_INDependAnT RighTs pArTion l PARTy_

x_____                x_____
Signature of Petitioner or Representative (State title)        Signature of Attorney                Date

Name of Petitioner                Date Signed               Name of Attorney Firm (If any)

Name & Mailing                           Address
Address of Individual   _____
Signing in Representative                    Telephone No.
Capacity            _____

x_____                x_____
Signature of Petitioner or Representative (State title)        Signature of Attorney                Date

Name of Petitioner                Date Signed               Name of Attorney Firm (If any)

Name & Mailing                           Address
Address of Individual   _____
Signing in Representative                    Telephone No.
Capacity            _____

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Derek Goulette2230Vanguard Way B101Costa Mesa 92626 | exemption | 1,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Note:  If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor  *Bank of America N.A.*  ~~American Home mort~~

Case No. _____

---

**TRANSFER OF CLAIM**

☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x **All Rights Reserved** | x _____ |
| Signature of Petitioner or Representative (State title) **Secured Party Creditor** | Signature of Attorney            Date |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing **Steven P. Kelly** | Address |
| Address of Individual **17428 Queen Elizabeth** | |
| Signing in Representative **Ln, Tinely Pk, Il 60477** | Telephone No. |
| Capacity *INDEPENDANT RIGHTS political Party (IRPP)* | |
| x **All Rights Reserved** /s/ *6/3/2011* | x _____ |
| Signature of Petitioner or Representative (State title) **Secured Party Creditor** | Signature of Attorney            Date |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing **Gloria Kelly** | Address |
| Address of Individual **17428 Queen Elizabeth** | |
| Signing in Representative **Ln, Tinely Pk, Il 60477** | Telephone No. |
| Capacity *INDEPENDANT Rights Political Party (IRPP)* | |
| x *Gloria Kelly* *6/3/2011* | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney            Date |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | Telephone No. |
| Capacity | |

---

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Steven&Gloria Kelly 17428 Queen ElizabethLn, Ill, 60477 | exemption | 2,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

| Note: | If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | **Total Amount of Petitioners' Claims** |
|---|---|---|

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

**Name of Debtor** <u>Bank of America N.A. Bai</u>

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x All Rights Reserved   *Ryan D Crotts* | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Secured Party Creditor   *RYAN D CROTTS   6/16/2011* | |
| Name of Petitioner                            Date Signed | Name of Attorney Firm (If any) |
| Ryan D. Crotts | |
| Name & Mailing   PO Box 568 | Address |
| Address of Individual   Fairview UT 84629 | |
| Signing in Representative   Independent Rights Party | Telephone No. |
| Capacity   Limited Partner | |
| x All Rights Reserved   *Sabrina Crotts* | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Secured Party Creditor   *SABRINA CROTTS   6/16/2011* | |
| Name of Petitioner                            Date Signed | Name of Attorney Firm (If any) |
| Sabrina Crotts | |
| Name & Mailing   PO Box 568 | Address |
| Address of Individual   Fairview UT 84629 | |
| Signing in Representative   Independent Rights Party | Telephone No. |
| Capacity   Limited Partner | |
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Name of Petitioner                            Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | Telephone No. |
| Capacity | |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner Ryan D. Crotts, Sabrina Crotts, PO Box 568 Fairview UT 84269 | Nature of Claim EXEMPTION | Amount of Claim 1,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note:   If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

**Name of Debtor** Bank of America N.A. Bar

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x All Rights Reserved *Cynthia Canyon* 5/27/11 | x_____ |
| Signature of Petitioner or Representative (State title) Secured Party Creditor | Signature of Attorney                Date |
| Name of Petitioner                 Date Signed<br>Cynthia Canyon | Name of Attorney Firm (If any) |
| Name & Mailing          PO Box 1951<br>Address of Individual    Santa Fe, NM 87504 | Address |
| Signing in Representative  Independent Rights Party<br>Capacity          Limited Partner *(IRRP)* | Telephone No. |
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| Name of Petitioner                 Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Address |
| | Telephone No. |
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| Name of Petitioner                 Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Address |
| | Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Cynthia Canyon, PO Box 1951, Santa Fe, NM 87504 | EXEMPTION | 1,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |

| Note: | If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims |
|---|---|---|

_____continuation sheets attached

DB

B 5 (Official Form 5) (12/07) – Page 2

**Name of Debtor** Bank of America N.A. Ba(

Case No. _____

### TRANSFER OF CLAIM

☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x All Rights Reserved _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| Secured Party Creditor        5/23/11 | |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
|                     Ken Gordon | |
| Name & Mailing        1602 Searchlight Ranch Rd | Address |
| Address of Individual   Acton CA 93510 | |
| Signing in Representative  Independent Rights Party | Telephone No. |
| Capacity               Limited Partner | |

| | |
|---|---|
| x All Rights Reserved _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| Secured Party Creditor        5/23/11 | |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
|                     Carrie Gordon | |
| Name & Mailing        1602 Searchlight Ranch Rd | Address |
| Address of Individual   Acton CA 93510 | |
| Signing in Representative  Independent Rights Party | Telephone No. |
| Capacity               Limited Partner | |

| | |
|---|---|
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | Telephone No. |
| Capacity | |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Ken & Carrie Gordon 1602 Searchlight Ranch Rd Acton CA 93510 | EXEMPTION | 1,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |

| Note: | If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims |
|---|---|---|

_____ continuation sheets attached

B 5 (Official Form  5) (12/07) – Page 2

Name of Debtor _BANK OF AMERICA N.A._
~~Indy Mac Bank, et al~~

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ✓ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x  **All Rights Reserved** _[signature]_
Signature of Petitioner or Representative (State title)
**Secured Party Creditor**
Name of Petitioner                Date Signed  6-3-11

x _____
Signature of Attorney                Date

_____
Name of Attorney Firm (If any)

Name & Mailing        **James Taylor**
Address of Individual   **11107 W. Riviera Dr**
Signing in Representative  **Spring Grove, Il, 60081**
Capacity

Address _____

Telephone No. _____

x  **All Rights Reserved** _[signature]_
Signature of Petitioner or Representative (State title)
**Secured Party Creditor**
Name of Petitioner                Date Signed  6-3-11

x _____
Signature of Attorney                Date

_____
Name of Attorney Firm (If any)

Name & Mailing        **Susan Taylor**
Address of Individual   **11107 W. Riviera Dr**
Signing in Representative  **Spring Grove, Il,60081**
Capacity

Address _____

Telephone No. _____

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner                Date Signed

x _____
Signature of Attorney                Date

_____
Name of Attorney Firm (If any)

Name & Mailing
Address of Individual   _____
Signing in Representative
Capacity                _____

Address _____

Telephone No. _____

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| James & Susan Taylor.11107 W Riviera Dr, 60081 | exemption | 1,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |

| Note: | If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims |
|---|---|---|

_____ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor___Bank of America, N.A.

Case No._____

| TRANSFER OF CLAIM |
|---|

☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

| REQUEST FOR RELIEF |
|---|

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x **All Rights Reserved** _(signature)_

Signature of Petitioner or Representative (State title)

**Secured Party Creditor**

6/7/2011

x _____

Signature of Attorney                          Date

Name of Petitioner                    Date Signed

**Jerry Lee Berneathy**

Name & Mailing   1507 E. Valley Parkway, 3-317
Address of Individual   Escondido, California 92027
Signing in Representative
Capacity   *INDEPENDENT RIGHTS*
*Political Party (IRPP)*

Name of Attorney Firm (If any)
Address

Telephone No.

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner                    Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

x _____
Signature of Attorney                          Date

Name of Attorney Firm (If any)
Address

Telephone No.

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner                    Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

x _____
Signature of Attorney                          Date

Name of Attorney Firm (If any)
Address

Telephone No.

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>Jerry Lee Berneathy<br>1507 E. Valley Parkway, 3-317, Escondido, California 92027 | Nature of Claim<br>*Exemption* | Amount of Claim<br>*1,000,000* |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners'<br>Claims |

___ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

**Name of Debtor** Bank of America N.A.

**Case No.** _____

---

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| | |
|---|---|
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
| x  All Rights Reserved ★ *Fatana Kvala* | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney            Date |
| Secured party Creditor | |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing          Fatana Deralas | Address |
| Address of Individual    2522 Sweet Rain way | |
| Signing in Representative   Corona, CA 92881 | Telephone No. |
| Capacity | |
| *iNDependant Rights political party (IRRP)* | |

| | |
|---|---|
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney            Date |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | Telephone No. |
| Capacity | |

| | |
|---|---|
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney            Date |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | Telephone No. |
| Capacity | |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Fatana Deralas,2522 Sweet rain Way,Corona CA 92881 | exemption | 1,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  |  |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  | Total Amount of Petitioners' Claims |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2           **Name of Debtor** BANK of America, N.A.

**Case No.**_____

---

**TRANSFER OF CLAIM**

☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x **All Rights Reserved** _Rupert Joseph_ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney      Date |
| **Secured Party Creditor** 6/10/2011 | _____ |
| Name of Petitioner     Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity    Rupert Joseph 4923 River Ave. NewportBeach Ca92663 | _____ Address _____ Telephone No. |
| INDEPENDANT Rights political Party | |

| | |
|---|---|
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney      Date |
| Name of Petitioner     Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address _____ Telephone No. |

| | |
|---|---|
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney      Date |
| Name of Petitioner     Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address _____ Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Rupert Joseph 4923 River Ave Newport Beach CA 92663 | exemption | 1,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Note:   If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

**Name of Debtor** Bank of America N.A.

**Case No.**_____

| TRANSFER OF CLAIM |
|---|
| ☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x  All Rights Reserved *Octaviana E Pichard* | x_____ |
| Signature of Petitioner or Representative (State title)   6/2/11 | Signature of Attorney            Date |
| Secured Party Creditor | |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing      Octaviana E. Pichardo | Address |
| Address of Individual   4348 Vuelta Dorado | |
| Signing in Representative  Santa Fe, NM 87507 | Telephone No. |
| Capacity | |
| INDEPENDANT RIGHTS political party | |

| | |
|---|---|
| x  All Rights Reserved *Manuel R Pichardo* | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney            Date |
| Secured Party Creditor | |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing      Manuel R. Pichardo | Address |
| Address of Individual   4348 Vuelta Dorado | |
| Signing in Representative  Santa Fe, NM 87507 | Telephone No. |
| Capacity | |
| INDEPENDANT RIGHTS political party | |

| | |
|---|---|
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney            Date |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | Telephone No. |
| Capacity | |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| OctavianaE.ManuelR Pichardo, 4348 Vuelta Dorado, 87507 | exemption | 1,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____continuation sheets attached

B 5 (Official Form  5) (12/07) – Page 2   **Name of Debtor** Bank of America N.A

**Case No.** _____

| **TRANSFER OF CLAIM** |
|---|

✓ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

| **REQUEST FOR RELIEF** |
|---|

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x  All Rights Reserved  *Reymd N. Lumm*
Signature of Petitioner or Representative (State title)
Secured Party Creditor                    5/24/2011
Name of Petitioner                    Date Signed

x _____
Signature of Attorney        Date
Name of Attorney Firm (If any)
Address
Telephone No.

Name & Mailing Address of Individual Signing in Representative Capacity
Raymond Coomer
3340 Amhurst Dr
Riverside, CA 92503
*inDependant Rights political party*

x _____
Signature of Petitioner or Representative (State title)
Name of Petitioner        Date Signed
Name & Mailing Address of Individual Signing in Representative Capacity _____

x _____
Signature of Attorney        Date
Name of Attorney Firm (If any)
Address
Telephone No.

x _____
Signature of Petitioner or Representative (State title)
Name of Petitioner        Date Signed
Name & Mailing Address of Individual Signing in Representative Capacity _____

x _____
Signature of Attorney        Date
Name of Attorney Firm (If any)
Address
Telephone No.

| **PETITIONING CREDITORS** | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Raymond Coomer, 3340 Amhurst Dr, Riverside CA 92503 | Exemption | 1,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note:  If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

**Name of Debtor** Bank of America N.A. Bar

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x All Rights Reserved *Jody Spehar* | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| Secured Party Creditor        5/23/204 | |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) |
| Jody Spehar | |
| Name & Mailing        2892 Puelbo Bonito | Address |
| Address of Individual        Santa Fe, NM 87507 | |
| Signing in Representative        Independent Rights Party | Telephone No. |
| Capacity        Limited Partner | |

| | |
|---|---|
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | Telephone No. |
| Capacity | |

| | |
|---|---|
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | Telephone No. |
| Capacity | |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Jody Spehar 2892 Puelbo Bonito Santa Fe, NM 87507 | EXEMPTION | 1,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Note:  If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | |

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor___Bank of America N.A___

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x  All Rights Reserved _____
Signature of Petitioner or Representative (State title)
   Secured Party Creditor

| Name of Petitioner | Date Signed |
|---|---|
| Name & Mailing Address of Individual Signing in Representative Capacity | Satu Immermann 9641 Norfolk Drive Santa Ana, CA 92705 |

INDependant Rights political Party

x_____
Signature of Attorney                    Date

Name of Attorney Firm (If any)

Address

Telephone No.

---

x_____
Signature of Petitioner or Representative (State title)

| Name of Petitioner | Date Signed |
|---|---|
| Name & Mailing Address of Individual Signing in Representative Capacity | _____ _____ |

x_____
Signature of Attorney                    Date

Name of Attorney Firm (If any)

Address

Telephone No.

---

x_____
Signature of Petitioner or Representative (State title)

| Name of Petitioner | Date Signed |
|---|---|
| Name & Mailing Address of Individual Signing in Representative Capacity | _____ _____ |

x_____
Signature of Attorney                    Date

Name of Attorney Firm (If any)

Address

Telephone No.

---

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Satu Immermann 9641 Norfolk Drive Santa Ana, CA 92705 | Exemption | 1,000,000 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

**Name of Debtor** BANK OF AMERICA,N.A. _

Case No._____

| TRANSFER OF CLAIM |
|---|

☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

| REQUEST FOR RELIEF |
|---|

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

All Rights Reserved

x _Nigel Rudlin_      x _____
Signature of Petitioner or Representative (State title)    Signature of Attorney    Date
Secured Party Creditor    _6/10/2001_

Name of Petitioner    Date Signed      Name of Attorney Firm (If any)

Name & Mailing    NIGEL P RUDLIN
Address of Individual    5 BISBEE CT, 109-127    Address
   SANTA FE, NM 87508
Signing in Representative    LIMITED PARTNER
Capacity    INDEPENDENT RIGHTS POLITICAL PARTY    Telephone No.

---

All Rights Reserved

x _____    x _____
Signature of Petitioner or Representative (State title)    Signature of Attorney    Date
Secured Party Creditor

Name of Petitioner    Date Signed    Name of Attorney Firm (If any)

Name & Mailing
Address of Individual    Address
Signing in Representative
Capacity    Telephone No.

---

x _____    x _____
Signature of Petitioner or Representative (State title)    Signature of Attorney    Date

Name of Petitioner    Date Signed    Name of Attorney Firm (If any)

Name & Mailing
Address of Individual    Address
Signing in Representative
Capacity    Telephone No.

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>NIGEL RUDLIN, 5 BISBEE CT, 109-127 SANTA FE, NM 87508 | Nature of Claim<br>EXEMPTION | Amount of Claim<br>1,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note:   If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners'<br>Claims |

_____continuation sheets attached

B5 (Official Form  5) (12/07) –  Page 2          Name of Debtor _Bank of America N.A._

Case No._____

| TRANSFER OF CLAIM |
|---|

☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

| REQUEST FOR RELIEF |
|---|

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x **All Rights Reserved**                                                                   x _____
Signature of Petitioner or Representative (State title)                     Signature of Attorney                    Date
**Secured Party Creditor**

Name of Petitioner                          Date Signed            Name of Attorney Firm (If any)

Name & Mailing        **Michael Younessi**                        Address
Address of Individual  **16033 Bolsa Chica #104-200**
Signing in Representative  **Huntington Beach, CA 92649**
Capacity
                                                                                               Telephone No.

---

x _____                          x _____
Signature of Petitioner or Representative (State title)                     Signature of Attorney                    Date

Name of Petitioner                          Date Signed            Name of Attorney Firm (If any)

Name & Mailing                                              Address
Address of Individual
Signing in Representative
Capacity
                                                                                               Telephone No.

---

x _____                          x _____
Signature of Petitioner or Representative (State title)                     Signature of Attorney                    Date

Name of Petitioner                          Date Signed            Name of Attorney Firm (If any)

Name & Mailing                                              Address
Address of Individual
Signing in Representative
Capacity
                                                                                               Telephone No.

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>MichaelYounessi 16033 BolsaChica#104-200 HuntingtonBeach CA 92649 | Nature of Claim<br>Exemption | Amount of Claim<br>5,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

B