# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re<br>Bank of America, N.A.,<br>        Alleged Debtor. | Bankruptcy Case<br>No. 11-24503-MER<br>Chapter 11 |

## MOTION TO DISMISS ALLEGED INVOLUNTARY PETITION

Alleged debtor Bank of America, N.A. ("Bank of America") hereby moves, pursuant to Federal Rule of Bankruptcy Procedure 1011(b) and Fed. R. Civ. P. 12(b)(1) and (6), to dismiss the above-captioned alleged involuntary bankruptcy petition purportedly filed against it by the Petitioning Creditors.[1]

As explained in the attached Memorandum in Support, Bank of America is not eligible to be a debtor in bankruptcy, and the alleged petition fails to assert a claim that is not subject to a bona fide dispute. Accordingly, the alleged petition should be dismissed for lack of subject matter jurisdiction and for failure to state a claim. In addition, the alleged petition is facially filed in bad faith, providing a further ground for dismissal.

---

[1] The "Petitioning Creditors" are: David Landon Murphy, Tawny Elan Sharp, Robert J. DeSalvo, Lynne M. DeSalvo, Reynaldo D. Castillo, Alfred Lee Lamb, Gary C. Lamb, David D. Cue, Lorrie L. Cue, Clinton G. McFarlane, Myles Cue, Kimberly M. Cue, Linda D. Williams, "Kenneth Scott Cousens, Trustee", Derek R. Goulette, Steven P. Kelly, Gloria Kelly, Ryan D. Crotts, Sabrina Crotts, Cynthia Canyon, Ken Gordon, Carrie Gordon, James Taylor, Susan Taylor, Jerry Lee Berneathy, Fatana Deralas, Rupert Joseph, Octaviana E. Pichardo, Manuel R. Pichardo, Raymond Coomer, Jody Spehar, Satu Immermann, Nigel P. Rudlin, and Michael Younessi.

1

2

WHEREFORE, Bank of America respectfully requests that this Court enter the attached order granting the Motion to Dismiss.

Dated: June 19, 2011

Respectfully submitted,

s/ *Deanna L. Westfall*
_____
Deanna L. Westfall, #23449
CASTLE STAWIARSKI, LLC
999 18th Street, Suite 2201
Denver, Colorado 80202
Telephone: 303-865-1439
Fax: 303-865-1516
dwestfall@cmsatty.com

Craig Goldblatt
Lisa Ewart
Allison Hester-Haddad
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: 202-663-6000
Fax: 202-663-6363
craig.goldblatt@wilmerhale.com

Attorneys for Bank of America, N.A.