# Exhibit 2

11-06731

B5 (Official Form 5) (12/07)

# United States Bankruptcy Court
## District of **ARIZONA**

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor - If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| U.S. CORP and its federal STATE OF ARIZONA, employees, agents, instrumentalities, attached list as Attachment 1 | N/A |

Last four digits of Social-Security or other Individual's Tax-I.D. No./ Complete EIN (If more than one, state all.): N/A

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| STATE OF ARIZONA, Attention: Jim Martin, Southern Representative 410 W.Congress St. Tucson, Arizona | Office of the US Attorney DISTRICT OF ARIZONA 405 W. CONGRESS STE 4800 TUCSON, ARIZONA 85701 |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS Washington D.C. And 50 Federal States Pima County Maricopa County, Pinal County  ZIP CODE 85746 | Office of the US Attorney Attention: Eric Holder, Chief U.S. Department of Justice 950 Pennsylvania N.W. Washington, D.C. 20530  ZIP CODE 20530 |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) 20530

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7   ☒ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts** (Check one box.)
Petitioners believe:
☐ Debts are primarily consumer debts
☒ Debts are primarily business debts

**Type of Debtor** (Form of Organization)
☒ Individual (Includes Joint Debtor)
☒ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☒* Clearing Bank
☐ Other

**VENUE**
☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**FILING FEE** (Check one box)
☒ Full Filing Fee attached
☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

*see attached*

B5 (Official Form 5) (12/07)
B5 (Official Form B5) (12/07) – Page 2

Name of Debtor U.S. Corp & federal STATE OF ARIZONA *et al*
Case No. _____

| | TRANSFER OF CLAIM |
|---|---|
| ☒ | Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. *all rights reserved*

X *Marshall E Home, Secured Party*
Signature of Petitioner or Representative (State title)

*MARSHALL E. HOME*    *3/15/11*
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney    Date

Name of Attorney Firm (If any)

Address

Telephone No.

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney    Date

Name of Attorney Firm (If any)

Address

Telephone No.

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney    Date

Name of Attorney Firm (If any)

Address

Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| M & E HOME<br>3051 W. MEXICO STREET<br>TUCSON, AZ 85746 | *ExEmpTion* | *3 Billion 8 million* |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' C |

B5 (Official Form 5) (12/07)
B5 (Official Form B5) (12/07) – Page 2

Name of Debtor U.S. Corp & federal STATE OF ARIZONA
Case No. _____

## TRANSFER OF CLAIM

☒ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. *ALL RIGHTS RESERVED*

X *Jerald J Gustafson* [signature]
Signature of Petitioner or Representative (State title)
*SECURED PARTY CREDITOR*
Name of Petitioner          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: *Jerald J Gustafson 7311 E 83rd St Tucson, Independent Rights Party Chairman*

X _____
Signature of Attorney                 Date
Name of Attorney Firm (If any)
Address
Telephone No.

X _____
Signature of Petitioner or Representative (State title)
Name of Petitioner          Date Signed
Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney                 Date
Name of Attorney Firm (If any)
Address
Telephone No.

X _____
Signature of Petitioner or Representative (State title)
Name of Petitioner          Date Signed
Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney                 Date
Name of Attorney Firm (If any)
Address
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| *Jerald J Gustafson 7311 E 83rd St Tucson* | EXEMPTION | $1,000,000 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' C

AZB

B5 (Official Form 5) (12/07) – Page 2                          Name of Debtor_____

                                                               Case No._____

**TRANSFER OF CLAIM**

☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_                                                x _____
Signature of Petitioner or Representative (State title)         Signature of Attorney                 Date

_____ March 15, 2011                       _____
Name of Petitioner            Date Signed                       Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity:
James P Moreno
3031 N Edith Blvd
Tucson, Az 85716
Independent Rights Party
Limited Partner

Address: _____
Telephone No.: _____

x _____                                       x _____
Signature of Petitioner or Representative (State title)         Signature of Attorney                 Date

_____                                       _____
Name of Petitioner            Date Signed                       Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity

Address: _____
Telephone No.: _____

x _____                                       x _____
Signature of Petitioner or Representative (State title)         Signature of Attorney                 Date

_____                                       _____
Name of Petitioner            Date Signed                       Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity

Address: _____
Telephone No.: _____

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| James P Moreno 3031 N Edith Blvd Tucson Az | Exemption | 1,000,000 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

continuation sheets attached

**DEBTORS Cont'd**
**DEBTORS AGENTS AND INSTRUMENTALITIES**
**OF THE STATE OF ARIZONA &  U.S.**
**CORPORATION**

**Tiffany and Bosco P.A.**
2525 E. Camelback Rd. Ste 300
Phoenix, Arizona  ( 85016)

**Gust Rosenfeld PLC**
One Church Avenue, Ste 1900
Tucson, Arizona ( 85701)

**Recontrust  Company N.A.**
2380 Performance Drive
Richardson, Texas  (75802)

**Federal National Mortgage Association**
2380 Performance Drive
Richardson, Texas ( 75802)

**Mortgage Electronic Registration Systems, Inc.**
400 Countrywide Way SV-35
Simi Valley, California ( 93065)

**Mortgage Electronic  Registration Systems, Inc.**
P.O. Box 2026
 Flint, Michigan (48501

**American Family Insurance Group**
6131 Blue Circle Drive
Eden Prairie, Minnesota  (55343)

**Tucson Property Executives**
3025 N. Campbell  Ave. Suite 261
Tucson, Arizona (85719)

**Countrywide Home Loans, Inc**
P.O. Box 10423
Van Nuys, California (91410)

**Dimont & Associates**
1333 East Madison Ave. Ste 200
El Cajon, California (92021)

**Stewart Title & Trust of Tucson**
3939 E. Broadway Blvd.
Tucson, Arizona (85711)

BANK OF AMERICA
P.O. Box 10423
Van Nuys, California 91410

Perry & Shapiro
3300 N. Central Ave #2200
Phoenix, Arizona 85012

Federal  Home Loan Mortgage Corp.
5000 Plano Parkway,
Carrollton, Texas 75010

Wells Fargo  Bank National Association
2338 W Royal Palm Rd Ste-J
Phoenix, Arizona 85021

Aurora Home Loans LLC
2338 W Royal Palm Rd Ste-J
Phoenix, Arizona 85021

Official Form 9
(9/97)

## FORM 9. NOTICE OF COMMENCEMENT OF CASE UNDER THE BANKRUPTCY CODE, MEETING OF CREDITORS, AND DEADLINES

| | |
|---|---|
| 9A...........Chapter | 7, Individual/Joint, No-Asset Case |
| 9B...........Chapter | 7, Corporation/Partnership, No-Asset Case |
| 9C...........Chapter | 7, Individual/Joint, Asset Case |
| 9D...........Chapter | 7, Corporation/Partnership, Asset Case |
| 9E...........Chapter | 11, Individual/Joint Case |
| 9E(Alt.)...Chapter | 11, Individual/Joint Case |
| 9F...........Chapter | 11, Corporation/Partnership Case |
| 9F(Alt.)..Chapter | 11, Corporation/Partnership Case |
| 9G...........Chapter | 12, Individual/Joint Case |
| 9H...........Chapter | 12, Corporation/Partnership Case |
| 9I............Chapter | 13, Individual/Joint Case |