UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re<br>Bank of America, N.A.<br>    Alleged Debtor | Bankruptcy Case<br>No. 11-24503-MER<br>Chapter 11 |

## ANSWER AND AFFIRMATIVE DEFENSES OF BANK OF AMERICA N.A. TO ALLEGED INVOLUNTARY PETITION

COMES NOW, alleged Debtor, Bank of America, N.A. ("Bank of America") and (in the alternative to its motion to dismiss, filed earlier this same date) files this answer to the allegations against it contained in the alleged involuntary bankruptcy petition under Chapter 11 of Title 11 of the United States Code (the "Alleged Petition"), filed[1] on June 17, 2011 (the "Petition Date") by Petitioning Creditors.[2]  Bank of America responds to the paragraphs of the allegations in the Alleged Petition as follows.

1. Bank of America denies that Petitioning Creditors are eligible to file this Alleged Petition pursuant to 11 U.S.C. § 303(b).  To the extent Petitioning Creditors allege to have any claims against Bank of America, those claims are contingent as to liability and/or the subject of a bona fide dispute as to liability or amount.

---

[1]  As Rule 1010(a) provides, a summons for service was issued upon the filing of the alleged petition.  Bank of America is not aware of having received formal service of the summons, but in order to expedite the dismissal of this Petition, hereby waives the requirement of service.

[2]  The "Petitioning Creditors" are: David Landon Murphy, Tawny Elan Sharp, Robert J. DeSalvo, Lynne M. DeSalvo, Reynaldo D. Castillo, Alfred Lee Lamb, Gary C. Lamb, David D. Cue, Lorrie L. Cue, Clinton G. McFarlane, Myles Cue, Kimberly M. Cue, Linda D. Williams, "Kenneth Scott Cousens, Trustee", Derek R. Goulette, Steven P. Kelly, Gloria Kelly, Ryan D. Crotts, Sabrina Crotts, Cynthia Canyon, Ken Gordon, Carrie Gordon, James Taylor, Susan Taylor, Jerry Lee Berneathy, Fatana Deralas, Rupert Joseph, Octaviana E. Pichardo, Manuel R. Pichardo, Raymond Coomer, Jody Spehar, Satu Immermann, Nigel P. Rudlin, and Michael Younessi.

2.      The Petitioning Creditors have made no allegations with respect to paragraph 2. Bank of America denies that it is a person against which an order for relief may be entered under title 11 of the United States Code.

3.      Bank of America denies that it is a debtor that, as of the Petition Date, was generally not paying its undisputed debts as they became due.

## AFFIRMATIVE DEFENSES

1.      This Court has no subject matter jurisdiction to order the relief sought in the Petition.

2.      The Petitioning Creditors filed the Alleged Petition in bad faith with an improper motive and for an improper purpose.  As such, the Alleged Petition should be dismissed as a bad faith filing and judgment should enter for compensatory damages, punitive damagers, attorneys fees and costs in favor of Bank of America against Petitioners.

3.      This Court should dismiss the petition pursuant to 11 U.S.C. § 305.

4.      The Petitioning Creditors fail to state a claim for which relief can be granted.

WHEREFORE, Bank of America respectfully requests that this Honorable Court dismiss the Petition; declare the Petition null and void; and award Bank of America compensatory damages, punitive damages, attorneys fees and costs under Section 303(i) and other such relief at law or in equity as this Court may deem just and proper.

                                                Respectfully submitted,

Dated:  June 19, 2011                     _____*s/ Deanna L. Westfall*_____
                                                Deanna L. Westfall, #23449
                                                CASTLE STAWIARSKI, LLC
                                                999 18th Street, Suite 2201
                                                Denver, Colorado 80202
                                                Telephone: 303-865-1400
                                                Fax: 303-865-1410
                                                dwestfall@cmsatty.com

                                                Craig Goldblatt
                                                Lisa Ewart
                                                Allison Hester-Haddad
                                                WILMER CUTLER PICKERING
                                                  HALE AND DORR LLP
                                                1875 Pennsylvania Avenue, N.W.
                                                Washington, DC  20006
                                                Telephone:  202-663-6000
                                                Fax:  202-663-6363
                                                craig.goldblatt@wilmerhale.com

                                                *Attorneys for Bank of America, N.A.*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re<br>Bank of America, N.A.<br>    Alleged Debtor | Bankruptcy Case<br>No. 11-24503-MER<br>Chapter 11 |

**[PROPOSED] ORDER**

Upon the Answer and Affirmative Defenses of Bank of America, N.A. ("Answer"), pursuant to 1011 and 1013 of the Federal Rules of Bankruptcy Procedure, and Motion to Dismiss under 11 U.S.C. § 305 of the involuntary bankruptcy petition under Chapter 11 of Title 11 of the United States Code filed against it ("Petition"); and the Court having jurisdiction to consider the Answer and the relief requested therein; and notice having been properly given; and upon the Answer, the record of any Hearing, and all of the proceedings had before the Court; and the Court having found and determined that the Answer and accompanying memorandum establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is:

**ORDERED** that the Petition is null and void, and that Bank of America may carry out its business affairs as if the Petition had not been filed; and further

**ORDERED** that the Petition is **DISMISSED**.

Dated: _____, 2011

                                                                                              _____